UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                Case No.   2:07-cv-606-FtM-99SPC

DAVID BOWLBY,

        Defendant.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #16), filed July 16, 2008, recommending that the government's Motion for Entry of Default Judgment (Doc. #14) be granted.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v.

<u>Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge as to damages.  As to the costs, pursuant to the Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule, "[n]o fees are to be charged for services rendered on behalf of the United States, with the exception of those specifically prescribed. . . ."  <u>See also</u> <u>United States v. Orenic</u>, 110 F.R.D. 584 (W.D. Va. 1986).  The United States did not pay a filing fee in this case, even though represented by private counsel.  Therefore the $150.00 will not be permitted.  The Court will permit the additional $25.00 for the service of process.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #16) is hereby **adopted in part and rejected in part**.

2.   The government's Motion for Entry of Default Judgment (Doc. #14) is **GRANTED IN PART** as provided herein.

3.  The Clerk shall enter judgment in favor of plaintiff and against defendant as follows:

A.  The principal sum of $2,625.00, interest in the sum of $5,408.99 in accrued interest through December 18, 2007, and interest accruing on the principal at the rate of 8.00% per annum until entry of the this judgment; and

B.  Costs taxed in the amount of $25.00.

4.  The Clerk is directed to mail counsel for plaintiff two copies of this Order and of the Judgment entered herein, one of each of which shall be certified, and close the case.

5.  The Clerk shall mail a copy of this Order and the Judgment entered herein to defendant, whose last known address is **1805 Everest Parkway, Cape Coral, Florida 33904**.

**DONE AND ORDERED** at Fort Myers, Florida, this __7th__ day of August, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties